No. 766. BOESCH MANUFACTURING CO. ET AL. *v.* UNITED STATES HAT MACHINERY CORP. April 1, 1940.

Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Robert S. Blair, Daniel L. Morris, Paul A. Blair,* and *John C. Blair* for petitioners. *Messrs. Vernon M. Dorsey* and *T. Clay Lindsey* for respondent.

